USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MELISSA MINISCI,                                            :
:
                 Plaintiff,                                :
:        20-CV-7982 (VSB)
          -against-                                          :
:             **ORDER**
MAGNA HOSPITALITY GROUP, et al.,                            :
:
                 Defendants.                               :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Plaintiff's letter dated January 5, 2021, describing the parties' ongoing dispute regarding the legal existence of Defendant Element By Westin Times Square ("Element"). (Doc. 13.) The parties should consider a stipulation to the effect that Defendants will not later claim that because the Complaint does not name Element, LG-39 Management LLC is relieved of liability. Regardless, I am inclined to grant Plaintiff leave to amend the complaint.

Accordingly, it is hereby:

       ORDERED that, no later than January 18, 2021, Plaintiff shall file any amended complaint naming the proper defendants.

SO ORDERED.

Dated:    January 11, 2021
             New York, New York

Vernon S. Broderick
United States District Judge